# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

153609(19)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JOSEPH CONSTANT,
      Plaintiff,

SC: 153609

v

AGC: 1770-15

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.
_____/

      On order of the Chief Justice, plaintiff's motion to file an amended motion for reconsideration in excess of the page limitation is GRANTED. The amended motion for reconsideration submitted on December 24, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017

